UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
|  | Civil Action<br>No: <u>04-10049-WGY</u> |
| BENOTMANE<br>Plaintiff |  |
| v. |  |
| McDONOUGH, ET AL<br>Defendant |  |

ORDER OF DISMISSAL

<u>YOUNG,C.J.</u>

After a ruling on  March 19,2004     ,this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed as Moot.

Tony Anastas
Clerk

By:  /s/ Elizabeth Smith
Deputy Clerk

March 19, 2004

Notice mailed to counsel of record.